THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TRAVIS W. BILLUPS, Appellant. [930 NYS2d 170]—

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Peradotto, Carni, Gorski and Martoche, JJ.